[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IC

RECEIVED

AUG 04 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Verdia Taylor )
Plaintiff )
)
)
v. )
Envision Unlimited Inc. & )
Alpine Management / Aragon Arms Hotel )
Defendant )

United States District Court
Northern District of Illinois

Case: 1:25-cv-09223
Judge Manish S. Shah
Mag. M. David Weisman
Cat: 3 / Random

COMPLAINT
{pg #1}

Your Honor, I pray for Mercy, and Justice in reference to this issue. I am filing this Lawsuit in reference to "Tort Product Liability" {Code # 245}, Violations. This Lawsuit filed against Envision Unlimited, & Alpine Management/Aragon Arms Hotels is in the subject matter of (1) Use of Unsafe products based on Negligence, Breach Of Warranty, & Misrepresentation Violations in reference to the above mentioned violate 'BOTH' Federal and State Laws, as these entities receive Federal Funding for their operational purposes. The above mentioned Defendants have Violated Federal Laws as well as the Public Trust and the blatant misappropriation

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

pg (2)

Verdia Taylor
Plaintiff

v.

Envision Unlimited & alpine mgmt / arms Hotel (Aragon)
Defendant

United States District Court
Northern District of Illinois

COMPLAINT – pg {2}* {Attachment}

of Federal Funds. Violations of these Federal 'H.U.D.' and Federal Laws {as well as (D.H.S) State Laws} IDHS include: Rodent inFestation, Rodent/animal Waste Matter{Exposed/}, Broken Elevators (For Elderly & Handicapped), Holes in Ceilings, Poor/No Ventilation, Human Waste in Stairwells, etc.

*I Have Been Hospitalized over the above listed Issues,*

Your Honor, I pray For Justice in this matter; not only For myself, but For the many Elderly, and Mentally, and Physically challenged, embattled persons who reside at this 97 year old establishment/building. I place myself upon your tender mercy Your Honor.

pg {3)

Verdia Taylor )
Plaintiff )
)
v. )
)
Envision Unlimited & )
alpine mgmt/ Defendant )
Aragon Arms Hotel

United States District Court
Northern District of Illinois

COMPLAINT {pg}
{Attachment}

May God Bless You, and Your Court Your Honor.

Sincerely.
Verdia Taylor

# Social Security Administration
# Benefit Verification Letter

BNC#: 25XA943J55460
REF: A, C2, DI

0121241 00121241 I AB 0.593 CN6LNA T421 P10
COLA M04 11/24 A58 24S1614D37359
VERDIA TAYLOR
209 W. 91st STREET
CHICAGO IL 60620-3128

Former address

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2024, the full monthly Social Security benefit before any deductions is $744.30.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $744.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on June 5, 2002.

## Information About Past Social Security Benefits

From December 2023 to November 2024, the full monthly Social Security benefit before any deductions was $726.20.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $726.00.
(We must round down to the whole dollar.)

## Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-877-405-4568**.

SOCIAL SECURITY
10718 S ROBERTS RD
PALOS HILLS IL 60465

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*